# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Justin King, ) | |
| ) | Civil Action No. 0:22-3614-MGL-PJG |
| Plaintiff, ) | |
| ) | |
| v. ) | **ADR STATEMENT AND CERTIFICATION** |
| ) | **OF DEFENDANT NICHOLAS HARRIS** |
| City of Chester, South Carolina; and ) | |
| Nicholas Harris, Individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has provided Nicholas Harris with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with Nicholas Harris; and (3) discussed the advisability and timing of ADR with opposing counsel.

LINDEMANN LAW FIRM, P.A.

BY:  *s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN    #5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendant Nicholas Harris*

March 27, 2024