**LINDEMANN**
Law Firm, P.A.

Telephone (803) 881-8920
Facsimile (803) 862-1181

**ANDREW F. LINDEMANN**[*]
Direct Dial: (803) 881-8921
Email: andrew@ldlawsc.com

[*]Also Admitted in North Carolina

5 Calendar Court, Suite 202 (29206)
Post Office Box 6923
Columbia, South Carolina 29260

September 12, 2024

***Via CM/ECF Only***
The Honorable Mary Geiger Lewis
United States District Judge

RE:    Justin King v. City of Chester, South Carolina; and Nicholas Harris, Individually
         Civil Action Number: 0:22-3614-MGL-PJG
         Claim Number: SF-22-1095-0001
         Our File Number: 321.20638

Dear Judge Lewis:

This letter is to advise the Court that the above referenced case has been resolved. The parties are in agreement that the Court may issue a Rubin Order.

If you have any questions, please advise.

        Sincerely,

        LINDEMANN LAW FIRM, P.A.

        *s/ Andrew F. Lindemann*

        Andrew F. Lindemann

AFL/jmb

cc:    W. Mullins McLeod, Jr., Esquire *(Via CM/ECF Only)*
         Nicholas A. Charles, Esquire *(Via CM/ECF Only)*
         David L. Morrison, Esquire *(Via CM/ECF Only)*
         Victor R. Seeger, Esquire *(Via CM/ECF Only)*